United States District Court
For the Northern District of California

1

2

3

4

5

6

7

8          IN THE UNITED STATES DISTRICT COURT

9          FOR THE NORTHERN DISTRICT OF CALIFORNIA

10

11   VNUS MEDICAL TECHNOLOGIES, INC.,        No. C-08-4234 MMC

12            Plaintiff,              **ORDER DIRECTING DEFENDANT TO
                                      SUBMIT CHAMBERS COPY IN
13      v.                            COMPLIANCE WITH GENERAL
                                      ORDER 45 AND THE COURT'S
14   TOTAL VEIN SOLUTIONS, LLC, dba    STANDING ORDERS**
     TOTAL VEIN SYSTEMS,
15
              Defendant
16   _____/

17

18        On October 10, 2008, defendant electronically filed a motion to dismiss, attached to

19   which are two affidavits and three exhibits.  Defendant has violated General Order 45 and

20   the Court's Standing Orders, however, by failing to deliver to the Clerk's Office "no later

21   than noon on the business day following the day that the papers are filed electronically, one

22   paper copy of each document that is filed electronically . . . marked 'Chambers Copy' and .

23   . . clearly marked with the judge's name, case number, and 'Chambers Copy-Do Not File.'"

24   See General Order 45 § VI.G; see also Standing Orders for Civil Cases Assigned to the

25   Honorable Maxine M. Chesney ¶ 2.

26        Defendant is hereby ORDERED to comply with General Order 45 and the Court's

27   Standing Orders by immediately submitting a chambers copy of the above-referenced

28   motion and attachments thereto.  Defendant is hereby advised that if it fails in the future to

1  comply with General Order 45 and the Court's Standing Order to provide a chambers copy

2  of each electronically-filed document, the Court may impose sanctions, including, but not

3  limited to, striking from the record any electronically-filed document of which a chambers

4  copy has not been timely provided to the Court.

5      **IT IS SO ORDERED.**

6

7  Dated:  October 20, 2008

_____
8                                                        MAXINE M. CHESNEY
                                                         United States District Judge

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

2