Matthew B. Lehr (Bar No. 213139)
Diem-Suong T. Nguyen (Bar No. 237557)
Chung G. Suh (Bar No. 244889)
DAVIS POLK & WARDWELL
1600 El Camino Real
Menlo Park, California  94025
Telephone:  (650) 752-2000
Facsimile:   (650) 752-2111

Attorneys for Plaintiff
VNUS Medical Technologies, Inc.

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| VNUS MEDICAL TECHNOLOGIES, INC., | CASE NO. C08-4234 MMC |
| Plaintiff, | **STIPULATION AND [PROPOSED]** |
| v. | **ORDER TO POSTPONE HEARING ON TVS' MOTION TO TRANSFER VENUE AND MOTION TO DISMISS** |
| TOTAL VEIN SOLUTIONS, LLC d/b/a TOTAL VEIN SYSTEMS | **COMPLAINT PURSUANT TO RULE 12(B)(6)** |
| Defendant. | |

1  Pursuant to Civil L.R. 6-2, Plaintiff VNUS Medical Technologies, Inc. ("VNUS") and
2 Defendant Total Vein Solutions, LLC d/b/a Total Vein Systems ("TVS") have conferred and
3 respectfully request that the hearing on TVS' Motion to Transfer Venue (D.I. 11) and Motion to
4 Dismiss Complaint Pursuant to Rule 12(b)(6) (D.I. 13) be postponed from the noticed date of
5 November 14, 2008 to November 21, 2008 for the following reasons:

6  WHEREAS TVS filed a Motion to Transfer Venue on October 9, 2008 and filed a Motion
7 to Dismiss Complaint Pursuant to Rule 12(b)(6) on October 10, 2008, with both motions noticed to
8 be heard on November 14, 2008.

9  WHEREAS TVS and VNUS are currently engaged in settlement discussions and, in view of
10 the interest of avoiding potentially unnecessary litigation expense and judicial effort, have agreed to
11 postpone the hearing on TVS' motions from November 14 to November 21, 2008.  This new
12 noticed hearing date is the same hearing date for the Motion to Dismiss for Improper Venue filed
13 by TVS' principals, David S. Centanni and Tyrell L. Schiek, in the related case styled *VNUS*
14 *Medical Technologies, Inc. v. biolitec, Inc. et al.*, Case No. C08-03129 MMC (N.D. Cal.).

15  WHEREAS such postponement will not alter the date of any event or any deadline already
16 fixed by Court order.

17  NOW THEREFORE, by and through their respective counsel, the undersigned parties
18 respectfully request that the Court adjourn the hearing on TVS' Motion to Transfer Venue and
19 Motion to Dismiss from November 14, 2008 to November 21, 2008.  In accordance with Civil L.R.
20 7-3, VNUS' oppositions to such motions will be due on October 31, 2008, and TVS' replies to
21 VNUS' oppositions will be due on November 7, 2008.

22 Dated: October 23, 2008

ATTORNEYS FOR PLAINTIFF
VNUS MEDICAL TECHNOLOGIES, INC.

  /s/  Suong T. Nguyen
Matthew B. Lehr (Bar No. 213139)
Diem-Suong T. Nguyen (Bar No. 237557)
Chung G. Suh (Bar No. 244889)
DAVIS POLK & WARDWELL
1600 El Camino Real
Menlo Park, CA  94025
(650) 752-2000/(650) 752-2111 (fax)
nguyen@dpw.com

1
STIPULATION AND [PROPOSED] ORDER TO POSTPONE HEARING ON TVS'
MOTION TO TRANSFER AND MOTION TO DISMISS – CASE NO. C08-4234 MMC

| | |
|---|---|
| 1  Dated: October 23, 2008 | ATTORNEYS FOR DEFENDANT |
| 2 | TOTAL VEIN SOLUTIONS, LLC D/B/A<br>TOTAL VEIN SYSTEMS |
| 3 | /s/ John Carey |
| 4 | John Carey<br>Patterson & Sheridan, LLP |
| 5 | 250 Cambridge Avenue, Suite 300<br>Palo Alto, California 94306-1549 |
| 6 | (650) 330-2310/(650) 330-2314 (fax)<br>jcarey@pattersonsheridan.com |

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated: __October 27_____, 2008

_/s/ Maxine M. Chesney_
MAXINE M. CHESNEY
United States District Judge