IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

VNUS Medical Technologies, Inc.

        Plaintiff,

v.

Total Vein Solutions, LLC d/b/a Total Vein Systems

        Defendant.

CASE NO. C-08-4234-MMC

~~(Proposed)~~
ORDER GRANTING APPLICATION FOR ADMISSION OF ATTORNEY *PRO HAC VICE*

Henry M. Pogorzelksi, whose business address and telephone number is

Patterson & Sheridan, LLP, 3040 Post Oak Boulevard, Suite 1500, Houston, TX 77056
Telephone: 713.623.4844

and who is an active member in good standing of the bar of   Texas

having applied in the above-entitled action for admission to practice in the Northern District of California on a pro hac vice basis, representing  Total Vein Solutions, LLC

        IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon and communication with co-counsel designated in the application will constitute notice to the party. All future filings in this action are subject to the requirements contained in General Order No. 45, *Electronic Case Filing*.

Dated: November 4, 2008

                                               Maxine M. Chesney
                                               United States District Judge