IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VNUS Medical Technologies, Inc.<br><br>Plaintiff,<br><br>v.<br><br>Total Vein Solutions, LLC d/b/a Total Vein Systems<br><br>Defendant. | CASE NO. C-08-4234-MMC<br><br>~~(Proposed)~~<br>ORDER GRANTING APPLICATION FOR ADMISSION OF ATTORNEY *PRO HAC VICE* |

Jerry R. Selinger, Esq.       , whose business address and telephone number is

Patterson & Sheridan, LLP, 1700 Pacific Ave., Suite 2650, Dallas, TX 75201,
Telephone: 214.720.2200

and who is an active member in good standing of the bar of    Texas

having applied in the above-entitled action for admission to practice in the Northern District of

California on a pro hac vice basis, representing  Total Vein Solutions, LLC

IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon and communication with co-counsel designated in the application will constitute notice to the party. All future filings in this action are subject to the requirements contained in General Order No. 45, *Electronic Case Filing.*

Dated:  November 4, 2008

_____
Maxine M. Chesney
United States District Judge