1  Matthew B. Lehr (Bar No. 213139)
   Diem-Suong T. Nguyen (Bar No. 237557)
2  DAVIS POLK & WARDWELL
   1600 El Camino Real
3  Menlo Park, California 94025
   Telephone: (650) 752-2000
4  Facsimile: (650) 752-2111

5  Attorneys for Plaintiff
   VNUS Medical Technologies, Inc.
6
   (additional counsel on signature page)
7

8                UNITED STATES DISTRICT COURT

9            FOR THE NORTHERN DISTRICT OF CALIFORNIA

10                    SAN FRANCISCO DIVISION

11 | VNUS MEDICAL TECHNOLOGIES, INC., ) | LEAD CASE NO. C08-03129 MMC
12 |                Plaintiff,         ) | CASE NO. C08-04234 MMC
13 |        v.                         ) | **STIPULATION AND [PROPOSED]**
14 | TOTAL VEIN SOLUTIONS, LLC d/b/a   ) | **ORDER OF CONSOLIDATION OF RELATED CASES**
   | TOTAL VEIN SYSTEMS,               ) |
15 |                                   ) |
   |                Defendant.         ) |
16 |                                   ) |
17 |_____) |

1 | The parties stipulate, by and through their respective counsel, as follows:

2 | 1. The following related actions, which involve common questions of law or fact, are hereby consolidated for all purposes pursuant to Fed. R. Civ. P. 42:

| Abbreviated Case Name | Case No. | Date Filed |
|---|---|---|
| *VNUS v. biolitec et al.* | C08-03129 MMC | June 27, 2008 |
| *VNUS v. TVS* | C08-04234 MMC | September 8, 2008 |

2. In accordance with Civil L.R. 3-4(b), the caption of every pleading filed in these consolidated actions shall denote lead case number C08-03129 MMC above all consolidated case numbers.

3. All papers filed and served to date in either of the foregoing actions are hereby deemed a part of the record in the consolidated actions.

Dated:   November 17, 2008         Respectfully Submitted,

ATTORNEYS FOR PLAINTIFF
VNUS MEDICAL TECHNOLOGIES, INC.

By:   /s/ Suong T. Nguyen
Matthew B. Lehr (Bar No. 213139)
Diem-Suong T. Nguyen (Bar No. 237557)
DAVIS POLK & WARDWELL
1600 El Camino Real
Menlo Park, CA  94025
(650) 752-2000/(650) 752-2111 (fax)
mlehr@dpw.com
nguyen@dpw.com

ATTORNEYS FOR DEFENDANT TOTAL VEIN SOLUTIONS, LLC d/b/a TOTAL VEIN SYSTEMS

By:   /s/ Henry Pogorzelski
Henry Pogorzelski (admitted *pro hac vice*)
PATTERSON & SHERIDAN LLP
3040 Post Oak Blvd., Suite 1500
Houston, TX 77056-6582
(713) 623-4844/(713) 623-4846
hpogorzelski@pattersonsheridan.com

Jerry R. Selinger (admitted *pro hac vice*)
PATTERSON & SHERIDAN LLP
1700 Pacific Ave., Suite 2650

Dallas, Texas  75201
(214) 720-2200/(713) 623-4846 (fax)
jselinger@pattersonsheridan.com

John C. Carey (Bar No. 214800)
PATTERSON & SHERIDAN LLP
250 Cambridge Avenue, Suite 300
Palo Alto, California 94306-1549
(650) 330-2310/(650) 330-2314 (fax)
jcarey@pattersonsheridan.com

I hereby attest that I have on file written permission to sign this stipulation from all parties whose signatures are indicated by a "conformed" signature (/s/) within this e-filed document.

/s/ Suong T. Nguyen
Suong T. Nguyen

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated: November 18, 2008

MAXINE M. CHESNEY
United States District Judge