IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VNUS MEDICAL TECHNOLOGIES, INC., | No. C-08-4234 MMC |
| Plaintiff | **ORDER CLOSING CONSOLIDATED CASE FOR STATISTICAL PURPOSES ONLY** |
| v. | |
| TOTAL VEIN SOLUTIONS, LLC d/b/a/ TOTAL VEIN SYSTEMS, | |
| Defendant | |
| _____/ | |

  By separate order filed concurrently herewith, the following cases have been consolidated for all purposes: (1) <u>Vnus Medical Technologies, Inc. v. Biolitec, Inc., et al.</u>, C-08-3129 MMC; and (2) <u>Vnus Medical Technologies, Inc. v. Total Vein Solutions, LLC .</u>, C-08-4234 MMC.  Such separate order further provides that all papers filed and served to date in each consolidated action are deemed a part of the record in the consolidated action, and that all further filings shall denote the caption of the lead case, C-08-3129 MMC.

  In light of the consolidation, the Court hereby CLOSES Case No. C-08-4234 for statistical purposes only.

  Nothing contained in this order shall be considered a dismissal or disposition of any action or claim made within Case No. C-08-4234.  Should further proceedings become

necessary or desirable in Case No. C-08-4234, any party may initiate them in the same manner as if this order had not been entered.

**IT IS SO ORDERED.**

Dated:  November 18, 2008

_____
MAXINE M. CHESNEY
United States District Judge